# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 29, 2021

Via E-mail and ECF

The Honorable Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Okafor*, 21 Mag. 9964

Dear Judge Davison:

    I am writing to respectfully ask that the deadline for Mr. Okafor to secure two financially responsible co-signers on his bond be extended one-week to November 5, 2021. As background, on October 20, 2021, Mr. Okafor was charged with bank fraud and identity theft. At his initial presentment, the Honorable Judith McCarthy released Mr. Okafor on an unsecured bond in the amount of $50,000, which was to be co-signed by Mr. Okafor's wife and another financially responsible individual within one week.[1] Mr. Okafor's wife has been interviewed by the Government, but the Government expressed concerns about whether she qualifies as a "financially responsible" individual. As a result, Judge McCarthy extended the original timeframe for Mr. Okafor to secure co-signers to October 29, 2021. *See* Dkt. Entry # 7.

    In order to comply with the terms of his bond, Mr. Okafor has identified two potential co-signers (in addition to his wife) and I am in the process of gathering their information and scheduling an interview with the Government.[2] But, it is unlikely that both of these co-signers will be approved by October 29, 2021. As a result, I am writing to respectfully ask for an additional week to secure the two co-signers.

    I have spoken to AUSA Steven Kochevar and he does not object to this request.

**APPLICATION GRANTED**

/s/ Hon. Paul E. Davison, U.S.M.J.
10-29-21

Sincerely,

/s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Steven Kochevar

---

[1] Pursuant to his release, Mr. Okafor was also ordered to submit to location monitoring and a curfew. Mr. Okafor has self-installed the location monitoring equipment.

[2] I expect one of those interviews to occur today.